

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date April 24, 2023

**Ryan F Stephan**
Stephan, Zouras, LLP
100 N. Riverside Plaza
Suite 2150
Chicago, IL 60606

RE: Sorensen v. Bleacher Report, Inc.
USDC Case Number: 23cv2518

Dear Counselor:

The records of this office indicate that on 4/21/23 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2023CH02104. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

    Sincerely,
    Thomas G. Bruton, Clerk

    By: /s/N. Finley-Rhodes
        Deputy Clerk

Enclosure

Rev. 09/23/2016